# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division

U.S.A. vs. Jermaine W. Goldman                                Docket No. 5:14-MJ-2120-1

### Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Jermaine W. Goldman, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on March 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 31, 2015, the defendant was charged in Cumberland County, NC, with the offense of Larceny (15CR710766). According to the defendant, he attempted to steal a large television from Wal-Mart. He reports he was struggling to find money to pay for his driving while impaired assessment. The defendant has been counseled about his actions. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include two days in jail.

On June 15, 2015, the defendant signed an admission acknowledging his abuse of hydrocodone and Valium. He reports he last used the substances on June 15, 2015. He reports he became addicted to the medications while recovering from a severe burn. As of this date, the defendant has not completed his driving while impaired assessment as required. He has been instructed to complete the assessment as soon as possible and complete the prescribed treatment program. In order to enroll the defendant in our Surprise Urinalysis Program and possibly refer to additional substance abuse counseling if needed, we are recommending that the conditions of supervision be modified to include drug aftercare.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: June 15, 2015 |

### ORDER OF THE COURT

Considered and ordered on June 16, 2015. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge