UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Jermaine W. Goldman                  Docket No. 5:14-MJ-2120-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Jermaine W. Goldman, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on March 4, 2015, to 12 months probation under the conditions adopted by the court.

On June 16, 2015, in response to the defendant committing the new offense of Larceny (15CR710766) in Cumberland County, NC, using hydrocodone and Valium, and failing to complete his driving while impaired assessment as required, the court modified the conditions of supervision to include two days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 9, 2015, the defendant was charged in Cumberland County, NC, with the offenses of Speeding and No Operator's License (15CR718741). The defendant admits to driving after being instructed by the court not to drive unless granted a limited driving privilege. The defendant has been verbally reprimanded for his actions and instructed not to drive unless he obtains such a privilege. As a sanction for this conduct, we are recommending that he be required to perform 16 additional hours of community service work. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 16 additional hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

|  |  |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
|  | 310 Dick Street |
|  | Fayetteville, NC 28301-5730 |
|  | Phone: 910-354-2537 |
|  | Executed On: September 14, 2015 |

Jermaine W. Goldman
Docket No. 5:14-MJ-2120-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered on September 16, 2015. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge